**Order entered February 12, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00107-CV

### LAURA FORD, Appellant

### V.

### SILVERADO AUTO SALES, RON QUINLAN, SR. AND RON QUINLAN, JR., Appellees

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2019-2-075CV**

## ORDER

This appeal follows the trial court's January 17, 2020 order granting appellees' motion for summary judgment. The clerk's record was filed February 5, 2020, and an amended clerk's record correcting an error in the original record was filed February 7, 2020. No reporter's record has been filed, and the clerk's record reflects the summary judgment motion was heard by submission. Accordingly, we deem the appellate record complete. To avoid any confusion concerning the clerk's record, we **STRIKE** the February 5th record. The appeal shall proceed on the February 7th clerk's record.

We note appellant's brief was filed before the record was filed and therefore, contains no citations to the record. *See* TEX. R. APP. P. 38.1(d), (g), (i). Accordingly, we **ORDER** appellant to file a corrected brief that complies with the briefing rules no later than February 24, 2020. *See id.* 38.1.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE